NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**VETERANS ELECTRIC, LLC,**
*Plaintiff-Appellant*

**v.**

**UNITED STATES,**
*Defendant-Appellee*

———————————

2017-1655

———————————

Appeal from the United States Court of Federal Claims in No. 1:16-cv-01113-LAS, Senior Judge Loren A. Smith.

———————————

## JUDGMENT

———————————

BRANDON MICHAEL SELINSKY, Rocky Mountain Disability Law Group, Denver, CO, argued for plaintiff-appellant.

ALBERT S. IAROSSI, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for defendant-appellee. Also represented by CHAD A. READLER, ROBERT E. KIRSCHMAN, JR., DEBORAH A. BYNUM.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (PROST, *Chief Judge,* NEWMAN and LOURIE, *Circuit Judges*).

### AFFIRMED.  *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


January 16, 2018
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court